O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-4007 AHM (SSx) | Date | March 26, 2009 |
|---|---|---|---|
| Title | EVANSTON INSURANCE CO. v. RUSSELL ASSOCIATES LLC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court VACATES the pre-trial and trial dates, including the April 6, 2009 deadline for filing pretrial materials. The Court will set a new schedule when it decides the pending motions for summary judgment. The pending motion to continue[1] is VACATED as moot.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 160.