O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-4007 AHM (SSx) | Date | April 13, 2009 |
|---|---|---|---|
| Title | EVANSTON INSURANCE CO. v. RUSSELL ASSOCIATES LLC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

    Third Party Defendants Wang Ming-Ruoh, Jiun Shiaw Wang, and March Insurances Services (collectively "the March Defendants") have filed a motion for summary judgment as to the claims brought against them by Russell Associates, LLC, Landmark Equity Management, Inc., and Darren Stern ("the Russell Third Party Plaintiffs"). They attached to their Reply in support of that motion a declaration from Wang Ming-Ruoh. On March 6, 2009, the Court took the March Defendants' motion under submission. In the five weeks since then, the Court has not received any request from the Russell Third Party Plaintiffs to file a sur-reply to the Reply declaration. The Court therefore intends to rule on the basis of the existing record, including the declaration, unless the Russell Third Party Plaintiffs file a request to be granted leave to file a sur-reply, as well as a sur-reply, on or before April 17, 2009.

|  | : |
|---|---|
| Initials of Preparer | se |