O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-4007 AHM (SSx) | Date | April 20, 2009 |
|---|---|---|---|
| Title | EVANSTON INSURANCE CO. v. RUSSELL ASSOCIATES LLC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    In light of the Notice of Tentative Settlement filed on April 20, 2009, counsel for Defendant Russell Associates LLC is ORDERED to file a status report on or before April 22, 2009, setting forth the status of any remaining claims against any parties remaining in the case.

|  | : |
|---|---|
| Initials of Preparer | SMO |